FILED: April 1, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4331
(1:16-cr-00001-JMC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MACKIE JAMES WALKER, JR., a/k/a Mackie J. Walker, Jr.

       Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Keenan, Judge King, and Judge Harris.

       For the Court

       /s/ Patricia S. Connor, Clerk